# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GEORGE M. TORRES,

       Plaintiff,                       CASE NO. 07-CV-11941

-vs-                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER
## (1) ADOPTING THE MAGISTRATE JUDGE'S JUNE 5, 2008 REPORT & RECOMMENDATION; AND (2) GRANTING DEFENDANT'S MOTION TO REMAND

Before the Court is the Magistrate Judge's June 5, 2008 Report and Recommendation granting Defendant's December 3, 2007 Motion to Remand the Case to the Commissioner of Social Security. Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

    (1)    **ADOPTS** the Magistrate Judge's Report & Recommendation (Doc. No. 6); and

    (2)    **GRANTS** Defendant's Motion to Remand (Doc. No. 5).

**SO ORDERED.**

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: July 14, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 14, 2008.

s/Denise Goodine
Case Manager